**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAMANY BROWNE, individually and on behalf of a class of similarly situated persons, <br><br> Plaintiff, <br><br> v. <br><br> ARKK FOOD COMPANY, and WAHLBURGERS I, LLC, <br><br> Defendants. | Case 1:23-cv-04603-ENV-JRC <br><br> Civil Action <br><br> **STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Plaintiff Damany Browne and Defendants Arkk Food Company and Wahlburgers I, LLC, (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree, that Plaintiff's individual claims and class claims in the above-captioned matter shall be voluntarily dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: April 30, 2024

| | |
|---|---|
| */s/ Charles D. Moore* | */s/ Jacob D. Radecki* |
| Charles D. Moore | Jacob D. Radecki |
| REESE LLP | MCDONALD HOPKINS LLC |
| Charles D. Moore | Michael G. Latiff (admitted *pro hac vice*) |
| 121 N. Washington Ave., 4th Floor | Jacob D. Radecki (admitted *pro hac vice*) |
| Minneapolis, MN 55401 | 300 N. LaSalle St., Ste. 1400 |
| 212-643-0500 | Chicago, IL 60654 |
| Fax: 212-253-4272 | (312) 280-0111 |
| cmoore@reesellp.com | mlatiff@mcdonaldhopkins.com |
| | jradecki@mcdonaldhopkins.com |
| *Attorneys for Plaintiff Damany Browne* | |
| | GENOVA BURNS LLC |
| | Lawrence Bluestone, Esq. |
| | 115 Broadway, 15th Floor |
| | New York, NY 10006 |
| | (973) 535-4434 |
| | Fax: (973) 533-1112 |

lbluestone@genovaburns.com

*Attorneys for Defendants ARKK Food
Company and Wahlburgers I, LLC*

**Application Granted**
**SO ORDERED**
**Brooklyn, New York**
**Dated:** 5/1/2024

/s/ Eric N. Vitaliano

**Eric N. Vitaliano**
**United States District Judge**

2